BOWE v. BOWE. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Michael A. Bowe against Stella Bowe. No opinion. Motion denied, with leave to renew after decision of motion to open default in the court below.

BRACKIN, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Mary Brackin, as administratrix, etc., against Clifford L. Miller and others. No opinion. Motion for leave to appeal to the Court of Appeals granted.

BRADY, Respondent, v. DEMPSEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Susan Brady against James Dempsey, impleaded. T. M. Tyng, for appellant. A. R. Latson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRADY, Respondent, v. MAXWELL–BRISCOE MOTOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Arthur C. Brady against the Maxwell-Briscoe Motor Company. No opinion. Judgment and order unanimously affirmed, with costs.

BREW, Respondent, v. BRISTOL, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Emily A. Brew against George W. Bristol. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

BRIETTE, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Ezra Briette against the Rutland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BRIGGS AVE. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. October 18, 1907.) In the matter of the Briggs Avenue school site. No opinion. Reference ordered. Settle order on notice.

In re BRISTOW. TEALE, Respondent, v. STOLL, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) In the matter of the judicial settlement of the account of Henry Bristow, public administrator, as administrator of the goods, chattels, and credits which were of Robert E. Boyd, deceased. Action by Charles E. Teale, public administrator and successor to Henry Bristow, against Louis Stoll. No opinion. Motion to resettle order granted.

BRODERICK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by John D. Broderick against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is against the weight of evidence.

COCHRANE, J., dissents. SEWELL, J., not sitting.

BRONOLD et al., Respondents, v. ENGLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Louis Bronold and others against August Engler. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 105 N. Y. Supp. 508.

BROOKLYN UNION COAL CO., Respondent, v. DEMUTH GLASS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Brooklyn Union Coal Company against the Demuth Glass Manufacturing Company. No opinion. Motion to dismiss appeal denied, without costs. If the minutes cannot be procured, the return must be made showing that fact and the reason why.

BROOKS BROS., Respondents, v. TIFFANY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Brooks Bros. against Burnett Y. Tiffany, impleaded. A Tulin, for appellant. L. M. Berkeley, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Order filed.

INGRAHAM, J., dissents.

BROSSOIT, Appellant, v. EQUITABLE SECURITIES CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Henrietta Brossoit, as administratrix, against the Equitable Securities Company. I. N. Miller, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROWN, Appellant, v. COOPER PAPER BOX CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Nellie Brown, an infant, etc., against the Cooper Paper Box Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the trial judge committed reversible error in ruling upon questions of evidence.

McLENNAN, P. J., dissents.

BRUNO, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Frank V. Bruno against Martin Reynolds.